AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 DEC -9 AM 8:24
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 97-85 - L |
| SCOTT CYPRIAN ) | USM No: 25556-034 |
| ) | Marilyn Fournet |
| Date of Previous Judgment:  06/24/1998 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **262** months **is reduced to** **210 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **06/24/1998** shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12/04/2008

Effective Date:  12/04/2008
(if different from order date)

Judge's signature

Eldon E. Fallon, US District Judge
Printed name and title

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.