UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | NO. 97-85 |
| | * | |
| SCOTT CYPRIAN | * | SECTION "L" |

### ORDER

The Court is in receipt of the attached letter by Defendant Scott Cyprian proceeding pro se. **IT IS ORDERED** that the letter be entered into the record.

In the letter, Defendant asks that this Court reconsider its judgment and allow him to be released. The Court will therefore construe this motion as a motion for reconsideration. Finding that there are no grounds warranting the reconsideration of the judgment,

**IT IS ORDERED** that the motion is denied.

New Orleans, Louisiana, this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE